UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BIGG BURGER, INC., a Michigan corporation

        Plaintiff(s),

       Case No. 2:19-cv-13413-PDB-APP

v.

       Judge Paul D. Borman

BIG BURGZS LLC, a Michigan limited liability company, and BILLY OWENS

       Magistrate Judge Anthony P. Patti

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, BIGG BURGER, INC.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: November 19, 2019

/s/Michael F. Wais

P45482
Howard & Howard Attorneys PLLC
450 W. Fourth Street
Royal Oak, MI 48067
(248) 645-1483
mwais@howardandhoward.com