UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BIGG BURGER, INC.

           Plaintiff(s),

v.

BIG BURGZS, LLC and BILLY OWENS

           Defendant(s).
_____/

Case No. 2:19-cv-13413

Judge Paul D. Borman

Magistrate Judge Anthony P. Patti

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Defendants BIG BURGZS, LLC and BILLY OWENS for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on 1/15/20 by substitute service by Court Order at Big Burgzs Restaurant, 17627 E. Warren, Detroit, Michigan 48224 and (per Order) on 1/8/20 by regular mail.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: February 11, 2020

/s/Michael F. Wais

P45482
Howard & Howard Attorneys PLLC
450 W. Fourth Street
Royal Oak, MI 48067
(24) 645-1483
mwais@howardandhoward.com