UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bigg Burger, Incorporated,

                Plaintiff(s),

v.                                          Case No. 2:19–cv–13413–PDB–APP
                                                  Hon. Paul D. Borman

Big Burgzs, LLC, et al.,

                Defendant(s).

**CLERK'S ENTRY OF DEFAULT**

Party in Default:  Billy Owens

   The default of the party named above for failure to plead or otherwise defend is entered.

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        DAVID J. WEAVER, CLERK OF COURT

                                        By: s/ L. Granger
                                               Deputy Clerk

Dated:  February 12, 2020