UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bigg Burger, Incorporated,

                Plaintiff(s),

v.                                             Case No. 2:19−cv−13413−PDB−APP
                                               Hon. Paul D. Borman

Big Burgzs, LLC, et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Big Burgzs, LLC

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              DAVID J. WEAVER, CLERK OF COURT

                                              By: s/ L. Granger
                                                   Deputy Clerk

Dated:   February 13, 2020