UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

----------------------------------------------------------------X

BIGG BURGER, INC., a Michigan Corporation,

       *Plaintiff,*

v.

       Case No.: 2:19-cv-13413
       Hon. Paul D. Borman
       Magistrate Judge Anthony P. Patti

BIG BURGZS, LLC, a Michigan Limited Liability Company,

       *Defendant.*

----------------------------------------------------------------X

| | |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC | WOOD HERRON & EVANS LLP |
| Michael F. Wais (P45482) | Laurence C. Begin (P55058) |
| Jonathon F. Karmo (P76768) | Of Counsel |
| Attorneys for Plaintiff | Attorney for Defendant |
| 450 W. Fourth Street | 2700 Carew Tower, 411 Vine Street |
| Royal Oak, MI 48067-2557 | Cincinnati, OH 45202-2917 |
| (248) 645-1483 | (513) 241-2324 |
| mwais@howardandhoward.com | (513) 241-6234 (fax) |
| jkarmo@howardandhoward.com | lbegin@whe-law.com |

## NOTICE OF APPEARANCE

  NOW COMES LAURENCE C. BEGIN, as of counsel for the law firm of WOOD HERRON & EVANS, LLP, who enters his appearance as Counsel for Defendant BIG BURGZS, LLC, with regard to the above-captioned action.

       Respectfully submitted,

       By: s/Laurence C. Begin
       WOOD HERRON & EVANS, LLP
       Of Counsel

       Laurence C. Begin (P55058)
       WOOD HERRON & EVANS, LLP
       Counsel for Defendant
       2700 Carew Tower, 441 Vine Street
       Cincinnati, OH 45202-2917
       Email: lbegin@whe-law.com

Dated: March 8, 2020

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

s/Laurence C. Begin
Laurence C. Begin (P55058)
WOOD HERRON & EVANS, LLP
Of Counsel Attorney for Defendant
2700 Carew Tower, 441 Vine Street
Cincinnati, OH 45202-2917
Phone: (513) 241-6234
lbegin@whe-law.com