UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BIGG BURGER, INC., a Michigan
Corporation,

                  *Plaintiff,*

                                            Case No.: 2:19-cv-13413
                                            Hon. Paul D. Borman

v.                                           Magistrate Judge Anthony P. Patti

BIG BURGZS, LLC, a Michigan
Limited Liability Company, and
BILLY OWENS,

                  *Defendants.*

-------------------------------------------------------------X

| HOWARD & HOWARD ATTORNEYS, PLLC<br>Michael F. Wais (P45482)<br>Jonathon F. Karmo (P76768)<br>Attorneys for Plaintiff<br>450 W. Fourth Street<br>Royal Oak, MI 48067-2557<br>(248) 645-1483<br>mwais@howardandhoward.com<br>jkarmo@howardandhoward.com | L.C. BEGIN & ASSOCIATES, PLLC<br>Laurence C. Begin (P55058)<br>Attorney for Defendants<br>510 Highland Avenue<br>PMB 403<br>Milford, MI 48381<br>(248) 889-5875<br>(248) 887-7664 (fax)<br>larrybegin@beginlaw.com |
|---|---|

## **NOTICE OF APPEARANCE**

      NOW COMES LAURENCE C. BEGIN, of L.C. BEGIN & ASSOCIATES, PLLC, who enters his appearance as Counsel for Defendants BIG BURGZS, LLC and BILLY OWENS, with regard to the above-captioned action. Although Mr. Begin has already filed an appearance in this action, Mr. Begin notes a change in the

associated firm for this case, given the COVID-19 pandemic, and therefore again files a NOTICE OF APPEARANCE for the sake of clarity.

          Respectfully submitted,

          By: s/Laurence C. Begin
          Laurence C. Begin (P55058)
          LC Begin & Associates, PLLC
          Counsel for Defendants
          510 Highland Avenue PMB 403
          Milford, Michigan 48381
          Email: larrybegin@beginlaw.com

Dated: May 6, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

Respectfully submitted,

By: s/Laurence C. Begin

Laurence C. Begin (P55058)
LC Begin & Associates, PLLC
Counsel for Defendants
510 Highland Avenue PMB 403
Milford, Michigan 48381
Email: larrybegin@beginlaw.com