IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

**BIGG BURGER, INC.**, a Michigan corporation,

      Plaintiff,

v.

**BIG BURGZS LLC**, a Michigan limited liability company, and **BILLY OWENS**,

      Defendants.

Case No.: 2:19-cv-13413
Hon. Paul D. Borman
Magistrate Judge Anthony P. Patti

**EXHIBITS TO
PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
TO SET ASIDE DEFAULT**

| | | |
|---|---|---|
| A | | September 17, 2019 E-Mail from L. Begin |
| B | | October 10, 2020 E-Mail from M. Wais |
| C | | Plaintiff's Fees and Costs |
| D | | *J & J Sports Prods., Inc. v. Cloud Nine Hookah Lounge, Inc.*, No. 14-12238, 2014 WL 5800100 (E.D. Mich. Nov. 7, 2014) |
| E | | *Winslow v. Kalamazoo Pub. Schs.*, No. 07-00065, 2007 WL 1701796 (W.D. Mich. June 11, 2007) |
| F | | *Guyot v. Ramsey*, No. 14-13541, 2015 WL 871081 (E.D. Mich. Feb. 27, 2015) |
| G | | *Ellsberry v. City of Detroit*, No. 12-10934, 2012 BL 250412 (E.D. Mich. Sept. 25, 2012) |