# EXHIBIT A

**Sterling, Michelle M.**

| | |
|---|---|
| **From:** | Larry Begin <larrybegin@aim.com> |
| **Sent:** | Tuesday, September 17, 2019 11:56 PM |
| **To:** | Wais, Michael F. |
| **Subject:** | BIGG BURGER Reg. No. 3924358 |

> **EXTERNAL EMAIL:** Do not implicitly trust the sender's identity or any information contained within, including attachments.

Dear Mr. Wais:
Relative to the above-captioned matter, and with regard to your letter to Mr. Owens, I have been contacted by Mr. Billy Owens. We are reviewing the matter and will contact you after we have had an opportunity to review the same.
Regards,
Laurence C. Begin, Esq.
P55058