# EXHIBIT C

| Date | Fees | Expenses | Total |
|---|---|---|---|
| 3/9/2020 | $3,592.50 | $0.00 | $3,592.50 |
| 4/10/2020 | $7,517.50 | $14.45 | $7,531.95 |
| 5/8/2020 | $450.00 | $19.95 | $469.95 |
| 5/13/2020 | $2,225.00 | $0.00 | $2,225.00 |
| **TOTAL** | $13,785.00 | $34.40 | **$13,819.40** |

# Howard & Howard
## law for business

In Account With

450 West Fourth Street  
tel 248.645.1483

Royal Oak, MI 48067-2557  
fax 248.645.1568

EIN: ███████0752

March 9, 2020

Soave Homes Inc.  
Attn: Mr. Michael Soave  
PO Box 729  
South Lyon, MI 48178

Billed through 02/29/20

Bill Number     828280 - 00001 - 647161

General Corporate



FOR PROFESSIONAL SERVICES RENDERED

# Howard & Howard
### law for business®

450 West Fourth Street  
tel 248.645.1483

Royal Oak, MI 48067-2557  
fax 248.645.1568

EIN: ■■■■0752

Soave Homes Inc.  
Attn: Mr. Michael Soave  
Bill number 828280 - 00001 - 647161

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/28/20 | MFW | Consultation with J. Karmo regarding Bigg Burger default judgment relief, items to include, etc.; text and telephone conference with M. Soave regarding same, strategy; follow up with J. Karmo regarding items to include, argument. | 0.30 hrs |
| 02/28/20 | JFK | Begin draft of Bigg Burger motion for default judgment and permanent injunction. | 3.00 hrs |
| 02/28/20 | KMS | Communicated with J. Karmo regarding Bigg Burger Motion for Default Judgment; conducted legal research regarding default judgments in trademark cases, specifically, authority for issuance of a permanent injunction and available monetary relief; began drafting Motion for Default Judgment. | 3.10 hrs |
| 02/29/20 | KMS | Conducted legal research and continued drafting Plaintiff's Motion for Default Judgment on Bigg Burger seeking a permanent injunction, statutory damages, attorney fees and costs; conducted related legal research collecting cases that support an award of statutory damages. | 6.80 hrs |

# Howard & Howard
## law for business

PAGE 3

450 West Fourth Street
tel 248.645.1483

Royal Oak, MI 48067-2557
fax 248.645.1568

EIN: ███████0752

In Account With

Soave Homes Inc.
Attn: Mr. Michael Soave
Bill number 828280 - 00001 - 647161



MFW $475/hr x 0.3 hrs = $    142.50
JFK  $325/hr x 3.0 hrs = $    975.00
KMS  $250/hr x 9.9 hrs = $2,475.00
TOTAL                    $3,592.50

# Howard & Howard
### law for business

450 West Fourth Street  
tel 248.645.1483

Royal Oak, MI 48067-2557  
fax 248.645.1568

EIN: ███████0752

April 10, 2020

Soave Homes Inc.  
Attn: Mr. Michael Soave  
PO Box 729  
South Lyon, MI 48178

Billed through 03/31/20

Bill Number    828280 - 00011 - 651197

Bigg Burger, Inc. General Matters

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/02/20 | MFW | Review/edit motion for default judgment regarding Bigg Burger; telephone conference with defendants' attorney; draft detailed e-mail to defendants' attorney regarding Bigg Burger dates, etc. | 0.40 hrs |
| 03/02/20 | JFK | Review K. Steen's final draft of motion for default judgment/brief in support; finalize same for filing; incorporate M. Wais comments into same. | 2.00 hrs |
| 03/02/20 | KMS | Finalized Bigg Burger's Motion for Default Judgment and forwarded to J. Karmo for review. | 1.00 hrs |
| | | [REDACTED] | |
| 03/25/20 | MFW | Receipt/review defendant's response brief regarding Bigg Burger default and defendant's motion to dismiss Bigg Burger complaint; e-mails and consultations with with J. Karmo regarding facts and arguments to include in reply and response briefs; receipt/review reply brief regarding default judgment; e-mails with J. Karmo regarding potential additional arguments, strategy; brief research regarding same. | 0.90 hrs |

# Howard & Howard
## law for business

PAGE 2

450 West Fourth Street
tel 248.645.1483

Royal Oak, MI 48067-2557
fax 248.645.1568

In Account With

EIN: ███████0752

Soave Homes Inc.
Attn: Mr. Michael Soave
Bill number 828280 - 00011 - 651197

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/25/20 | JFK | Review Defendants' response to motion for default judgment and Defendants' motion to dismiss in the Bigg Burger case; Draft reply in support of motion for default judgment; additional legal research in support of same; discuss response in opposition to Defendants' motion to dismiss with K. Steen for drafting. | 4.20 hrs |
| 03/25/20 | KMS | Communicated with J. Karmo regarding Response to Defendant's Motion to Dismiss; reviewed Motion to Dismiss and conducted research regarding procedural violations evident in Defendant's Motion. | 0.80 hrs |
| 03/26/20 | MFW | Consultation with J. Karmo regarding final potential arguments to include in reply brief; telephone conference with M. Soave regarding motions, facts, strategy, ███████████████████████ ████; review final reply and e-mails regarding same. | 0.50 hrs |
| 03/26/20 | JFK | Begin drafting response in opposition to Defendants' motion to dismiss in BIgg Burger; discuss reply in support of our motion for default judgment with M. Wais and make revisions to same. | 2.60 hrs |
| 03/27/20 | JFK | Continued drafting of response in opposition to Defendants' motion to dismiss; limited additional legal research in support of same. | 2.90 hrs |
| 03/27/20 | KMS | Conducted legal research regarding Defendants' procedural violations; continued drafting Response Brief to Defendants' Motion to Dismiss. | 1.50 hrs |
| 03/28/20 | KMS | Continued legal research and drafting of Plaintiff's Response Brief to Defendant's Motion to Dismiss. | 2.80 hrs |
| 03/29/20 | KMS | Continued legal research and drafting of Plaintiff's Response Brief to Defendant's Motion to Dismiss; forwarded brief to J. Karmo for review. | 2.30 hrs |

# Howard & Howard
### law for business

PAGE 3

450 West Fourth Street  
tel 248.645.1483

Royal Oak, MI 48067-2557  
fax 248.645.1568

In Account With

EIN: ▮▮▮▮0752

Soave Homes Inc.  
Attn:  Mr. Michael Soave  
Bill number 828280 - 00011 - 651197

| | | | | |
|---|---|---|---|---|
| 03/30/20 | MFW | Review/edit response to motion to dismiss; consultation with J. Karmo regarding same, strategy. | 0.30 | hrs |
| 03/30/20 | JFK | Review updated draft of response to Defendants' motion to dismiss; revise and finalize response for M. Wais' review. | 1.90 | hrs |

EXPENSES:

| | |
|---|---|
| Express Delivery - United Parcel Service Delivery to Deborah Tofil, U.S. District Court | 14.45 |
| Total Expenses For This Matter | $ 14.45 |



MFW $475/hr x 2.1 hrs  =  $  997.50  
JFK  $325/hr x 13.6 hrs = $4,420.00  
KMS $250/hr x 8.4 hrs   = $2,100.00  
Expenses            = $    14.45  
TOTAL                $7,531.95

# Howard & Howard
## law for business®

450 West Fourth Street　　　　　　　　　　　　　　　　　　　　　　　Royal Oak, MI 48067-2557
tel 248.645.1483　　　　　　　　　　　　　　　　　　　　　　　　　　fax 248.645.1568

EIN: ▮▮▮▮0752

May 8, 2020

Soave Homes Inc.
Attn: Mr. Michael Soave
PO Box 729
South Lyon, MI 48178

Billed through 04/30/20

Bill Number　　828280 - 00011 - 653095

Bigg Burger, Inc. General Matters

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/24/20 | MFW | Telephone conference with defendant's attorney regarding motion and settlement potential; text and telephone conference with M. Soave regarding same, strategy; text messages with defendant's attorney regarding same, follow up. | 0.20 hrs |
| 04/27/20 | MFW | Extended telephone conference with defendant's attorney regarding potential Bigg Burger settlement; telephone conference with M. Soave regarding same, strategy; follow up texts with defendant's attorney regarding same, strategy. | 0.50 hrs |
| 04/30/20 | MFW | Telephone conference from defendant's attorney regarding Bigg Burger settlement offer; telephone conference with client regarding same, strategy; draft text message rejecting offer, arguing merits against defendant; follow up texts with J. Karmo and client regarding above. | 0.30 hrs |

Total Fees For This Matter　　　　　　　　　　　　　　　　$　　475.00

Professional Courtesy Discount　　　　　　　　　　　　　　　　(25.00)

Net Fees For This Matter　　　　　　　　　　　　　　　　　$　　450.00

In Account With



law for business

PAGE 2

450 West Fourth Street  
tel 248.645.1483

Royal Oak, MI 48067-2557  
fax 248.645.1568

EIN: ███████0752

Soave Homes Inc.  
Attn: Mr. Michael Soave  
Bill number 828280 - 00011 - 653095

EXPENSES:

| | |
|---|---:|
| Express Delivery - United Parcel Service Delivery to U.S. District Court | 11.03 |
| Express Delivery - United Parcel Service Return delivery to Howard & Howard from 1842 Michigan Ave., Detroit - Receiver did not order. | 8.92 |
| Total Expenses For This Matter | $ 19.95 |

BILLING SUMMARY:

| | |
|---|---:|
| TOTAL FEES: | $ 475.00 |
| Professional Courtesy Discount | (25.00) |
| TOTAL EXPENSES | $ 19.95 |
| TOTAL CHARGES FOR THIS BILL: | $ 469.95 |

# Howard & Howard
### law for business

450 West Fourth Street  
tel 248.645.1483  

Royal Oak, MI 48067-2557  
fax 248.645.1568  

In Account With

EIN: ██████0752

May 13, 2020

Soave Homes Inc.  
Attn: Mr. Michael Soave  
PO Box 729  
South Lyon, MI 48178  

Billed through 05/31/20

Bill Number     828280 - 00011 - ******

Bigg Burger, Inc. General Matters

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/07/20 | MFW | Receipt/review motion to set aside default; consultation with K. Steen regarding information to include in response brief. | 0.20 hrs |
| 05/07/20 | KMS | Reviewed Defendant's Motion to Set Aside Default Judgment; conferenced with M. Wais regarding Reply Brief and outlined responsive arguments. | 0.60 hrs |
| 05/11/20 | KMS | Continued legal research and began drafting Plaintiff's Response Brief to Defendants' Motion to Set Aside Default. | 2.80 hrs |
| 05/12/20 | KMS | Finalized Response Brief to Defendants' Motion to Set Aside Default; forwarded to J. Karmo and M. Wais for review and edit. | 3.70 hrs |
| 05/13/20 | MFW | Review response to motion to set aside default; several e-mails regarding finalizing response, exhibits, etc. | 0.20 hrs |
| 05/13/20 | JFK | Review and provide comment on our response to the motion to set aside defaults in Big Burger case. | 0.80 hrs |

Total Fees For This Matter                         $     2,225.00