UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIGG BURGER, INC.,

                        Plaintiff,

v.

BIG BURGZS LLC and
BILLY OWENS,

                        Defendants.
_____/

Case No. 19-cv-13413

Paul D. Borman
United States District Judge

Anthony P. Patti
United States Magistrate Judge

## ORDER REQUIRING DEFENDANT BIG BURGZS, LLC TO DISCLOSE INDIVIDUAL MEMBERS

The Court Orders Defendant BIG BURGZS, LLC to submit to the Court, on or before June 15, 2020, the identities of each individual member of its LLC. In the event that any member is a partnership or a limited liability company, BIG BURGZS, LLC shall further identify the individual members of each of those entities. BIG BURGZS, LLC may submit this information either in an email to the Court's case manager, Deborah Tofil, deborah_tofil@mied.uscourts.gov, or in a hard copy

delivered to the Court. This information need not be filed on the Court's docket.

IT IS SO ORDERED.

Dated: May 26, 2020    s/Paul D. Borman
　　　　　　　　　　　　Paul D. Borman
　　　　　　　　　　　　United States District Judge